UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-18
(8:98-cr-00520-PJM-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

DUSTIN JOHN HIGGS

Defendant - Appellee

_____

O R D E R
_____

The court appoints the Federal Defender for the Eastern District of

Pennsylvania to represent Dustin John Higgs in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk