**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *     **CASE NO. 20-018** |
| DUSTIN HIGGS | * |
| | * |
| | ****** |

## CONSENT MOTION FOR EXPEDITED BRIEFING SCHEDULE

The United States of America, by its undersigned attorneys, hereby moves this Honorable Court for an order setting an expedited briefing schedule, pursuant to the parties' agreement. In support whereof, the government states as follows:

1. The district court in this case imposed nine death sentences on the defendant for his role in the murder of three women in 1996. The government recently indicated it was prepared to proceed with execution of the sentences on January 15, 2021.

2. In August 2020, the government filed a motion pursuant 18 U.S.C. § 3596(a) so that the district court would designate Indiana, the defendant's current location, as the locus of the execution. However, on December 29, 2020, the district court denied the government's motion.

3. The government immediately filed a notice of appeal, and a day later, on December 31, 2020, the government filed its opening brief, or in the alternative, petition for mandamus.

4. The government consulted with counsel for the defendant via email on December 31, 2020 regarding a briefing schedule. Given the nature of this case, the parties have agreed to an expedited briefing schedule. Specifically, the parties propose the following briefing schedule:

a. Appellee Dustin Higgs's response brief shall be due on January 7, 2021.

b. The government's reply brief shall be due by January 9, 2021.

**WHEREFORE**, the United States of America, respectfully requests that this Honorable Court issue an expedited briefing schedule in accordance with the parties' agreement.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Ellen E. Nazmy
Special Assistant United States Attorney

_____/s/_____
Jeffrey A. Hall
Counsel to the Assistant Attorney General
Civil Division
Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 353-8679

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 1, 2021, undersigned counsel electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Leigh M. Skipper
Chief Federal Defender
Matthew Lawry
Assistant Federal Defender
601 Walnut St Ste 545 W.
Philadelphia, PA 19106
(215) 928-0520

Steven H. Sachs, Esq.
WilmerHale LLP
1875 Pennsylvania Ave.
Washington, DC 20006
(202) 663-6000

By: _____/s/_____
Ellen E. Nazmy
Special Assistant United States Attorney

_____/s/_____
Jeffrey A. Hall
Counsel to the Assistant Attorney General