UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-18
(8:98-cr-00520-PJM-2)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

DUSTIN JOHN HIGGS

        Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the consent motion for entry of an expedited briefing schedule, the court grants the motion.

        Response brief due: 01/07/2021

        Reply brief due: 01/09/2021

                For the Court--By Direction

                /s/ Patricia S. Connor, Clerk