# CERTIFICATE OF SERVICE

**Instructions for Electronic Filers:** For persons filing electronically, CM/ECF serves all registered CM/ECF users, and no certificate of service is required for such service. A certificate of service is required from an electronic filer, however, in the following circumstances:

- To certify that a non-user of CM/ECF has been served;
- To certify that a manual filing (not available in electronic form), has been served;
- To certify that a sealed document has been served;
- To certify that a case-initiating document, such as a petition for review, petition for permission to appeal, or petition for writ of mandamus, has been served.

**Instructions for Paper Filers:** For persons filing in paper form, service must be accomplished outside CM/ECF, and a certificate of services is required for all documents.

Case No. ___20-18___ Case Caption _United States v. Higgs_____

I certify that on ____1/6/2021____, the _Appellant's Brief and Petition for Writ of Mandamus_
(date)                              (document title)
was served by [ ] personal delivery; [ ] mail; [ ] third-party commercial carrier; or [X] email

(with written consent) on the following persons at the addresses or email addresses shown:

(Name and Address or Email Address )
 Hon. Peter J. Messitte, U.S. District Judge     MDD_PJMChambers@mdd.uscourts.gov

_____   Digitally signed by ELLEN NAZMY (Affiliate)    ____1/7/2021____
Date: 2021.01.07 10:22:27 -05'00'
Signature                                                            Date

01/28/2020 SCC