January 7, 2021

_____

RESPONSE REQUESTED
_____

No. 20-18, <u>US v. Dustin Higgs</u>
8:98-cr-00520-PJM-2

TO: United States of America
Dustin Higgs

RESPONSE DUE: 01/08/2021
ANY REPLY DUE: 01/09/2021

Response is required to the motion to dismiss the government's appeal and petition for writ of mandamus on or before 01/08/2021. Any reply to the response is due on or before 01/09/2021.

Emily Borneisen, Deputy Clerk
804-916-2704