UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-18
(8:98-cr-00520-PJM-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

DUSTIN JOHN HIGGS

      Defendant - Appellee

_____

O R D E R
_____

For reasons appearing to the court, the court grants a stay of execution pending further order of the court.

Entered at the direction of Judge Keenan with the concurrence of Judge Floyd. Judge Richardson voted to deny a stay of execution.

For the Court

/s/ Patricia S. Connor, Clerk