UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-18
(8:98-cr-00520-PJM-2)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

DUSTIN JOHN HIGGS

Defendant - Appellee

_____

M A N D A T E
_____

In accordance with the January 15, 2021, order of the United States Supreme
Court, this case was remanded on that date to the United States District Court for
the District of Maryland for the prompt designation of Indiana under 18 U.S.C.
§ 3596(a). The government thereafter proceeded with the execution of Dustin John
Higgs.

This constitutes the formal mandate of this court, issued pursuant to Rule
41(a) of the Federal Rules of Appellate Procedure, on this court's January 15,
2021, order of remand to the district court.

*/s/Patricia S. Connor, Clerk*